**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Jose Ricardo Ruiz-Espinal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0716 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JOSE RICARDO RUIZ-ESPINAL, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

James C. Alvord
fallbrookjim@sbcglobal.net

Respectfully submitted,

DATED:   March 10, 2008          /s/ Erica K. Zunkel
                                 **ERICA K. ZUNKEL**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Jose Ricardo Ruiz-Espinal