UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Jose Ricardo Ruiz-Espinal

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. _____08mj0716_____

ORDER

RELEASING MATERIAL WITNESS

Booking No. _____07451295_____

On order of the United States District/Magistrate Judge,    **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Alejandro Pena

DATED: _____3-20-08_____

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
         **DUSM**

OR

W. SAMUEL HAMRICK, JR.   Clerk

by X Nevado

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✿ U.S. GPO: 2003-561-774/70082