UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Jose Ricardo Ruiz-Espinal )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. __08CR0834-L__<br><br>ORDER  08mj0716<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. __07451098__ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Martin Vargas-Valencia

DATED: __3-20-08__

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  /s/ A. Hernandez
      Deputy Clerk