FILED

MAR 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0834-L |
| Plaintiff, ) | INFORMATION |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| JOSE RICARDO RUIZ-ESPINAL, ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| Defendant. ) | Abetting |

The United States Attorney charges:

On or about March 5, 2008, within the Southern District of California, defendant JOSE RICARDO RUIZ-ESPINAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Vargas-Valencia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/20/08 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lg:San Diego
3/10/08