FILED

08 MAY 12 PM 1:24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ECU___    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|          Plaintiff, | CASE NO. 08CR00834-001-L |
|     v. | O R D E R |
| JOSE RICARDO RUIZ-ESPINAL, | |
|          Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for June 23, 2008 is vacated and reset to August 25, 2008, at 8:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: _5/12/08_

_M. James Lorenz_
M. James Lorenz
U.S. District Judge

cc: all counsel of record

/rp